UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MADELYN MURRAY,

            Plaintiff,

-vs-

IMPORT SALES OF LAKE
COUNTY, LLC, D/B/A BILL
BRYAN SUBARU, BILL BRYAN
KIA, AND KIA OF LEESBURG,
AND BILL BRYAN CHRYSLER,
DODGE, JEEP INC., D/B/A BILL
BRYAN CHRYSLER DODGE JEEP
AND BILL BRYAN CHRYSLER
DODGE JEEP RAM,

            Defendants.

Case No.:

## DEFENDANTS' NOTICE OF AND PETITION FOR REMOVAL

Defendants, IMPORT SALES OF LAKE COUNTY, LLC, D/B/A BILL BRYAN SUBARU, BILL BRYAN KIA, AND KIA OF LEESBURG ("Import Sales") AND BILL BRYAN CHRYSLER, DODGE, JEEP INC., D/B/A BILL BRYAN CHRYSLER DODGE JEEP AND BILL BRYAN CHRYSLER DODGE JEEP RAM ("Bill Bryan"), collectively ("Defendants"), by and through their undersigned counsel, and in accordance with the applicable Federal Rules of Civil Procedure, Rule 1.06 of the Local Rules of the United States District Court for the Middle District of Florida, and Title 28 of the United States Code §§ 1331, 1367, 1441,

and 1446, hereby request that this Court remove this action from the Circuit Court of the Fifth Judicial Circuit, in and for Lake County, Florida, to the United States District Court for the Middle District of Florida, Ocala Division. The grounds for removal of this civil action are set forth below.

I.   **BACKGROUND AND INTRODUCTION**

1. On or about March 8, 2023, Plaintiff, MADELYN MURRAY ("Plaintiff"), an alleged former employee of Import Sales, brought this action in the Circuit Court of the Fifth Judicial Circuit, in and for Lake County Florida, Case No. 2023-CA-000372 (the "Circuit Court Case"), alleging discrimination in employment in violation of the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§621-634.

2. On or about June 6, 2023 Plaintiff served her Complaint on Defendants. Copies of all processes, pleadings, orders and other papers or exhibits of every kind currently on file within the Circuit Court Case are attached to this Notice of and Petition for Removal as Composite Exhibit "A," as required by 28 U.S.C. § 1446(a) and Local Rule 1.06.

3. The United States District Court for the Middle District of Florida, Ocala Division, includes the judicial circuit in which Plaintiff filed his Complaint. Thus, removal to this Court is proper pursuant to 28 U.S.C. § 1446(a).

4. This Notice of and Petition for Removal has been filed within 30 days of service of the Complaint upon Defendant, which occurred on April 10, 2023. A copy of the Complaint in the Circuit Court Case is attached hereto as part of Composite

Exhibit "A." Thus, this Notice of and Petition for Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

5. Pursuant to 28 U.S.C. § 1446(d), Defendants have provided the Notice of and Petition for Removal to Plaintiff and has filed a copy of this Notice of and Petition for Removal in the Circuit Court Case.

## II. REMOVAL IS PROPER BASED ON FEDERAL QUESTION JURISDICTION

Federal district courts have original jurisdiction of all civil actions "arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. In the Complaint, Plaintiff brings claims under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621 *et seq.*, specifically : (1) claim for retaliation under the ADEA against Import Sales (Count I); (2) a claim for retaliation under the ADEA against Defendants as a single employer (Count II); and (3) a claim for retaliation against Defendants as a joint employer (Count III). *See* Comp. Ex. A, at Compl. Accordingly, this civil action is within the original federal question of the United States District Court and may be removed to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1443.

WHEREFORE, Defendants respectfully request that the United States District Court for the Middle District of Florida, Ocala Division, accept the removal of this action and direct that the Circuit Court of the Fifth Judicial Circuit, in and for Lake County, Florida, have no further jurisdiction of this action unless and until this action is remanded.

DATED this 5th day of July 2023.

        Respectfully submitted,

        JACKSON LEWIS P.C.
        501 Riverside Avenue, Suite 902
        Jacksonville, FL  32202
        Telephone:  (904) 638-2655
        Facsimile:  (904) 638-2656

        By: */s/ Brian L. Hayden*
        Brian L. Hayden
        Florida Bar No. 0058987
        Brian.hayden@jacksonlewis.com
        Ryan T. Dyson
        Florida Bar No. 1026004
        Ryan.Dyson@jacksonlewis.com

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been filed on this 5th day of July 2023, via the CM/ECF system, which will send a copy to counsel of record, and has also been served via email on the below:

James P. Tarquin
JAMES P. TARQUIN, P.A.
333 NW 3rd Avenue
Ocala, FL 34475
tarquinlawoffice@aol.com

                                            */s/ Brian L. Hayden*
                                                Attorney