# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

MADELYN MURRAY,

    Plaintiff,

v.

                              Case No. 5:23-cv-425-JA-PRL

IMPORT SALES OF LAKE
COUNTY, LLC and BILL BRYAN
CHRYSLER, DODGE, JEEP
INC.,

    Defendants.

## ORDER

In light of the Stipulation of Dismissal with Prejudice (Doc. 15), the Clerk is directed to close this case.

**DONE** and **ORDERED** on August 31st, 2023.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:
Counsel of Record